petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 11-5251. James Thomas Green, Petitioner v. Texas.**

565 U.S. 806, 132 S. Ct. 385, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6383.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Criminal Appeals of Texas dismissed. See Rule 39.8.

**No. 11-5293. Corey Louis Hines, Petitioner v. Lisa J. W. Hollingworth, Warden (ten judgments).**

565 U.S. 807, 132 S. Ct. 385, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6550.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

**No. 11-5312. Matthew Thomas Clarke, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 807, 132 S. Ct. 385, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6529.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the

United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

Same case below, 415 Fed. Appx. 529.

**No. 11-5563. Nina Shahin, Petitioner v. Delaware, et al.**

565 U.S. 807, 132 S. Ct. 386, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6584.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

**No. 11-5564. Nina Shahin, Petitioner v. Delaware, et al.**

565 U.S. 807, 132 S. Ct. 387, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6265.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

**No. 11-5565. Nina Shahin, Petitioner v. Delaware, et al.**

565 U.S. 807, 132 S. Ct. 387, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6356.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari

to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

**No. 11-5627. Emanuel Brown, Petitioner v. Robert Werlinger, Warden.**

565 U.S. 807, 132 S. Ct. 387, 181 L. Ed. 2d 9, 2011 U.S. LEXIS 6603.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 437 Fed. Appx. 164.

**No. 11-5688. Gilbert Dowdy, Petitioner v. James Cross, Jr., Warden.**

565 U.S. 807, 132 S. Ct. 388, 181 L. Ed. 2d 9, 2011 U.S. LEXIS 6583.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8.

**No. 11-5984. Craig Bundrant, Petitioner v. United States.**

565 U.S. 807, 132 S. Ct. 390, 181 L. Ed. 2d 9, 2011 U.S. LEXIS 6407.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the

Fifth Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10M112. Antonio Velasquez Gomez, Petitioner v. California.**

565 U.S. 808, 132 S. Ct. 76, 181 L. Ed. 2d 9, 2011 U.S. LEXIS 6751.

October 3, 2011. Renewed motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 11M1. Edward James Brown, Petitioner v. United States.**

565 U.S. 808, 132 S. Ct. 77, 181 L. Ed. 2d 9, 2011 U.S. LEXIS 6912.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M2. Charles L. Bobo, Petitioner v. Michael J. Astrue, Commissioner of Social Security Administration.**

565 U.S. 808, 132 S. Ct. 77, 181 L. Ed. 2d 9, 2011 U.S. LEXIS 6919.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.